

# Third Court of Appeals



RECEIVED

MAR 0 2 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

## RECEIPT FOR CHECK-OUT RECORD
(CLOSED CASES)

    This is to acknowledge that I have taken receipt of the following items of this record. I understand that I am fully responsible for the care and custody of these items. **These items will be returned no later than the due date shown below.** These items were received by me in good condition, properly bound and certified by the appropriate Clerk or Court Reporter if applicable.

| | |
|---|---|
| Cause Number: **03-12-00760-CV** | Retention Center No.: |

| |
|---|
| Name of Cause: **Winnebago Industries, Inc v TX Dept of Motor Vehicles** |

| |
|---|
| Items Checked out: |
| 1 box of administrative record |

| | |
|---|---|
| Date Items Checked Out: | Date Items are due: **PERMANENT** |

| |
|---|
| Requested By: |
| Attorney: Dennis McKinney |

| | |
|---|---|
| Signature: | Driver Lic.: |
| Bar Card Number: | |

| |
|---|
| Firm/Agency: AG, Administrative Law Division |
| Address: P.O. Box 12548 |
| Phone Number: 512-475-4020 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| |
|---|
| Approved By: Jeff Kyle |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| |
|---|
| Dates Items Returned: **PERMANENT** |